UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENI LITTLETON, | Civil No. 2:19-CV-01508-RAJ |
| Plaintiff, | |
| vs. | ~~Proposed~~ ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including January 14, 2020, to file a Response to Plaintiff's Complaint.

DATED this 19th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE

Page 1     ORDER - [2:19-CV-01508-RAJ]