UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENI LITTLETON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:19-cv-01508-RAJ<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 17, 2020, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including March 31, 2020, to file a reply brief.

DATED this 14th day of February, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Page 1      ORDER - [2:19-cv-01508-RAJ]