HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENI L, | Civil No. 2:19-CV-01508-RAJ |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the case will be assigned to a different administrative law judge (ALJ), who will:

- if warranted, obtain evidence from a medical expert to clarify the nature, severity, and effects of the claimant's impairments;
- reevaluate the opinion evidence of record;
- reevaluate the claimant's alleged symptoms;
- reassess the claimant's maximum residual functional capacity;

Page 1    ORDER - [2:19-CV-01508-RAJ]

- if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy;
- offer the claimant the opportunity for a hearing;
- take any further action needed to complete the administrative record; and
- issue a new decision.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this 4th day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge